IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:09cr25-7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JORDEN MITCHELL JOHNSON. | ) | |

**THIS MATTER** is before the Court on the Defendant's pro se Motion to Quash [Doc. 341].

On June 4, 2009, the Defendant entered into a plea agreement with the Government pursuant to which she agreed to reimburse the Government for the cost of her court-appointed counsel. [Doc. 121]. The Judgment of Conviction entered on February 9, 2010 contains a requirement that the Defendant do so. [Doc. 258]. In this motion, the Defendant does not object to the Court's order that she reimburse the Government for those costs; she does, however, object to the amount thereof. [Doc. 341]. The Court has no authority to review, modify or amend the amount of attorney's fees ordered to be paid to the Defendant's court-appointed counsel. Fed.R.Crim.P. 35 & 36.

**IT IS, THEREFORE, ORDERED** that the Defendant's pro se Motion to Quash [Doc. 341] is hereby **DENIED**.

Signed: May 21, 2012

Martin Reidinger
United States District Judge